**STATE of Missouri, Respondent,**

v.

**Walter HELGOTH, Appellant.**

**No. WD 36014.**

Missouri Court of Appeals, Western District.

May 28, 1985.

Robert C. Babione, Babione, Glasgow and Putzel, St. Louis, for appellant.

Mary Elise Burnett, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and PRITCH-ARD and CLARK, JJ.

PER CURIAM.

### ORDER

Appeal from jury trial conviction of abuse of a child, § 568.060, RSMo.Supp. 1984 and sentence of three years imprisonment.

Judgment affirmed. Rule 30.25(b).

All concur.